# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>                Plaintiff,<br><br>Vs.<br><br>GERALD CHRISTENSON, *et al.,*<br><br>                Defendants. | Case No.: 3:18-CV-00474-RCJ-WGC<br><br>ORDER SETTING STATUS CONFERENCE |

      Settlement conferences were held on March 11, 2019 and July 1, 2019, before Magistrate Judge William G. Cobb. Pursuant to (ECF No. 25) and (ECF No. 27) Minutes of Proceedings, "counsel shall submit a stipulation and order of dismissal with prejudice no later than July 31, 2019."

      The Scheduling Order (ECF No. 20) set the deadline of July 1, 2019 for the parties to file their Joint Pretrial Order. The parties have failed to comply with the Court's Order (ECF No. 20) within the allotted time. Accordingly,

      IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Monday, September 16, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

      ///

      ///

      ///

IT IS FURTHER ORDERED that the parties shall file the Joint Pretrial Order on or before Friday, August 9, 2019.

IT IS SO ORDERED.

DATED: This 1st day of August, 2019.

_____
ROBERT C. JONES
Senior District Judge