JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Plaintiff
*Allstate Indemnity Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD CHRISTENSON, an individual; LESLIE J. BELL-CHRISTENSON, an individual; TIMOTHY W. ELAM, an Individual, JOAN B. LUCHETTI-ELAM, an individual; ALICIA MUJICA, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 3:18-cv-00474<br><br><u>ORDER FOR DISMISSAL WITH PREJUDICE</u> |

IT IS HEREBY STIPULATED by and between Plaintiff ALLSTATE INDEMNITY COMPANY and Defendants GERALD CHRISTENSON, LESLIE J. BELL-CHRISTENSON and ALICIA MUJICA, by and through their respective counsel, that Plaintiff ALLSTATE INDEMNITY COMPANY's action against Defendants GERALD CHRISTENSON, LESLIE J. BELL-CHRISTENSON and ALICIA MUJICA and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

1

No trial date has been set in this case.

DATED this 5th day of August, 2019.

KEATING LAW GROUP

s/John T. Keating
_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Plaintiff
*Allstate Indemnity Company*

DATED this 5th day of August, 2019.

LEVERTY & ASSOCIATES LAW CHTD.

s/Patrick R. Leverty
_____
PATRICK R. LEVERTY, ESQ.
Nevada Bar No.: 8840
832 Willow Street
Reno NV 89502
Attorney for Defendants
*Gerald Christenson and Leslie J. Bell-Christenson*

DATED this 5th day of August, 2019.

s/Nancy A. Gilbert
_____
NANCY A. GILBERT, ESQ.
Nevada Bar No.: 6891
832 Willow Street
Reno NV 89502
Attorney for Defendant
*Alicia Mujica*

## ORDER

IT IS SO ORDERED that Plaintiff ALLSTATE INDEMNITY COMPANY's action against Defendants GERALD CHRISTENSON, LESLIE J. BELL-CHRISTENSON and ALICIA MUJICA and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 12th day of August, 2019.

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

K E A T I N G LAW GROUP

*s/John T. Keating*
_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Plaintiff
*Allstate Indemnity Company*